# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HUMBERTO VIDAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; JAMIESON GREER, in his official capacity as United States Trade Representative; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 26-04437-3JP<br><br>28 U.S.C. §1581(i)(1)<br><br>Three Judge Panel Requested |

## MOTION IN COMPLIANCE WITH ORDER TO SUBMIT DECLARATION

**TO THE HONORABLE COURT:**

**COMES NOW,** the Plaintiff, Humberto Vidal, Inc. (hereinafter referred to as "Plaintiff"), by and through the undersigned attorney, and respectfully states and prays as follows:

1. On November 4th, 2026, this Honorable Court issued an *Order* in Court No. 26-cv-03555-3JP (hereinafter "the Master Case"). See Court No. 26-cv-03555-3JP, Dckt. No. 64.

2. Therein, this Court ordered Plaintiff in the above-captioned case to file a declaration notifying any relevant countries and/or economies from which Plaintiff import goods subject to Section 301 duties, no later than November 10th, 2026. See id.

3. Plaintiff hereby submits its Declaration attached as **Exhibit 1**.

**WHEREFORE,** Plaintiff respectfully requests from this Honorable Court that it take notice of the above and deem its *Order* issued in the Master Case, Dckt. No. 64, as fully complied with by Plaintiff in the above-captioned case.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of November 2026.

***s/Manuel Sosa Báez***
MANUEL SOSA BÁEZ

Counsel for Plaintiff
**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, PSC**
166 Ave. De la Constitución
San Juan, PR 00901
Tel.: (787) 289-9250
Fax: (787) 289-9253
E-mail: msosa@scvrlaw.com