**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| HUMBERTO VIDAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; JAMIESON GREER, in his official capacity as United States Trade Representative; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 26-04437-3JP<br><br>28 U.S.C. §1581(i)(1) |

**UNSWORN STATEMENT UNDER PENALTY OF PERJURY**

I, Luis Vidal, of legal age, married, and resident of Guaynabo, Puerto Rico, and in representation of Humberto Vidal, Inc., hereby declare the following:

1. My personal circumstances are those described above.

2. I am the President of Humberto Vidal, Inc., the Plaintiff in the above-captioned case.

3. As of September 28, 2026, Humberto Vidal, Inc. had paid an amount not less than $115,057.36 in duties pursuant to Section 301 of the Trade Act of 1974.

4. The paid duties correspond to goods imported by Humberto Vidal, Inc., from the **People's Republic of China**.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

In San Juan, Puerto Rico, this 6th day of November 2026.

Luis Vidal
President
Humberto Vidal, Inc.